December 14, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

EDNA ARCHER, HADEN BEARDSLEY, AND SARAH KATHRYN
PACHECO, Appellants

NO. 14-15-00945-CV                    V.

JANICE MOODY, LINDA MOODY, ELIZABETH MOODY, W.L. MOODY, V,
AND MOODY NATIONAL BANK, AS TRUSTEE, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Janice Moody, Linda Moody, Elizabeth Moody, W.L. Moody, V, and Moody National Bank, as trustee, signed June 6, 2016, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Janice Moody, Linda Moody, Elizabeth Moody, W.L. Moody, V, and Moody National Bank, as trustee.

We further order this decision certified below for observance.